UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES E. LYTLE,<br><br>     Plaintiff,<br><br>  v.<br><br>HO-CHUNK, INC.,<br><br>     Defendant. | Civil Action No. 22-1032 (CKK) |

**ORDER**
(December 6, 2024)

Relator James E. Lytle, through counsel, filed a [14] Notice of Voluntary Dismissal of this civil action on December 2, 2024. Because no opposing party has served either an answer or a motion for summary judgment, this Notice would ordinarily be sufficient to dismiss the case without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). However, because the Relator brought this action in the name of the United States pursuant to the False Claims Act, 31 U.S.C. §§ 3729–3733, the action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Today, the Government filed a [15] Notice of Consent to Dismissal, in which it notified the Court that:

> the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

*See* Notice, ECF No. 15 at 1–2. The Government also requests the unsealing of the Relator's [1] Complaint, the Relator's [14] Notice of Voluntary Dismissal, the Government's [15] Notice of Consent to Dismissal, the Court's Order dismissing this action, and "all subsequent filings in this action." *Id.* at 2.

1

Upon consideration of the parties' submissions, and for good cause shown, the Court **CONSENTS**, pursuant to 31 U.S.C. § 3730(b)(1), to the dismissal of this action without prejudice to the rights of the United States because it accepts the Government's determination that "such a dismissal is commensurate with the public interest" and "the matter does not warrant the continued expenditure of government resources . . . based on currently available information." *See* Notice, ECF No. 15, at 1–2.

Accordingly, it is hereby **ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a), that this action is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Relator's Complaint, ECF No. 1, the Government's Notice of Election to Decline Intervention, ECF No. 12, the Court's Order unsealing the Complaint, ECF No. 13, the Relator's Notice of Voluntary Dismissal, ECF No. 14, the Government's Notice of Consent to Dismissal, ECF No. 15, this Order, and all subsequent filings in this action are, and shall remain, **UNSEALED**. Finally, it is further ordered that all other papers filed in this action are, and shall remain, **SEALED**.

**SO ORDERED.**

**Dated:** December 6, 2024

                          /s/
                          COLLEEN KOLLAR-KOTELLY
                         United States District Judge